```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16403
   LYNETTE WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6582

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/10/2007 and was confirmed 10/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 11/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
OPTION ONE MORTGAGE        CURRENT MORTG        .00            .00            .00
OPTION ONE MORTGAGE        MORTGAGE ARRE        .00            .00            .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC    3280.58         291.40        3280.58
AT & T WIRELESS            UNSEC W/INTER  NOT FILED            .00            .00
KCA FINANCIAL SERVICES     UNSEC W/INTER  NOT FILED            .00            .00
US FAST CASH               UNSEC W/INTER  NOT FILED            .00            .00
ASSET ACCEPTANCE CORP      UNSEC W/INTER      25.00           1.35          25.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,343.00                       3,343.00
TOM VAUGHN                 TRUSTEE                                          543.21
DEBTOR REFUND              REFUND                                           379.26

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  7,863.80

PRIORITY                                          .00
SECURED                                      3,280.58
    INTEREST                                   291.40
UNSECURED                                       25.00
    INTEREST                                     1.35
ADMINISTRATIVE                               3,343.00
TRUSTEE COMPENSATION                           543.21
DEBTOR REFUND                                  379.26
                        --------------    --------------
TOTALS                   7,863.80            7,863.80



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16403 LYNETTE WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 02/26/09                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```